UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALVADOR ALEMÁN CRUZ,<br><br>    Petitioner,<br><br>v.<br><br>DONALD HOLBROOK,<br><br>    Respondent. | Case No. C17-0285JLR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FEDERAL HABEAS ACTION |

Before the court are Petitioner Salvador Alemán Cruz's Objections (Obj. (Dkt. # 23)) to Magistrate Judge Mary Alice Theiler's Report and Recommendation (R&R (Dkt. # 22)). The court has examined Mr. Cruz's objections and concludes that they lack merit. Mr. Cruz's objections essentially reiterate his arguments from previous filings, and Magistrate Judge Theiler thoroughly addressed Mr. Cruz's arguments in her Report and Recommendation. (*See generally id.*) Further, the court has independently reviewed Mr. Cruz's objections and rejects them for the same reasons that Magistrate Judge Theiler rejected them.

Accordingly, the court OVERRULES Mr. Cruz's objections (Dkt. # 23) and ADOPTS the Report and Recommendation (Dkt. # 22). Mr. Cruz's amended petition for a writ of habeas corpus is DENIED (Dkt. # 8). This matter is DISMISSED with prejudice. A certificate of appealability

is DENIED. The court DIRECTS the clerk to send copies of this order to Mr. Cruz, counsel for Defendant, and Magistrate Judge Theiler.

DATED this 28th day of August, 2017.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2